UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES POINTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:04-CV-1031 CAS |
| | ) | |
| HOME DEPOT, USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that judgment is entered in favor of defendant Home Depot, USA, Inc. and against plaintiff Charles Pointer.

**IT IS FURTHER ORDERED** that costs are assessed against plaintiff.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  29th  day of September, 2005.